Refill RX Pharmacy, Inc., as Assignee of Mark Elvirjames, Respondent, 
against
Global Liberty Ins. Co. of NY, Appellant. 




Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum of counsel), for appellant.
Gary Tsirelman, P.C. (Jung Pryjma of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J. McAllister, J.), entered April 26, 2018. The order granted plaintiff's motion to compel discovery and denied defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, defendant's cross motion for summary judgment dismissing the complaint is granted and plaintiff's motion to compel discovery is denied as moot.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court which granted plaintiff's motion to compel discovery and denied defendant's cross motion which had sought summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations. 
For the reasons stated in Valdan Acupuncture, P.C., as Assignee of Maria Marte v Global Liberty Ins. Co. of NY (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2018-1352 K C], decided herewith), the order is reversed, defendant's cross motion for summary judgment dismissing the complaint is granted and plaintiff's motion to compel discovery is denied as moot.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 18, 2019